# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Mark E. Beatty | : | Bankruptcy No. 16-23105 |
| | : | |
| Debtor | : | |
| _____ | : | |
| | : | Document No._____ |
| Indiana First Bank, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Mark E. Beatty, Rhonda | : | |
| J. Winnecour, Trustee, Elite Tow | : | |
| & Recovery, LLC | : | |
| Respondents. | : | |

## ENTRY OF APPEARANCE

TO:    Clerk of Courts

SIR:

    Please enter our appearance on behalf of Indiana First Bank.  We request copies of further Notices and Orders.

                          Holsinger, Clark & Armstrong, P.C.
                          a professional corporation

                          /s/ Robert F. Manzi, Jr.

                          Robert F. Manzi, Jr., Esquire
                          Pa. I.D. 206631
                          Attorney for Indiana First Bank
                          832 Philadelphia St.
                          Indiana, PA 15701
                          724.463.8791 (Telephone)
                          724.463.1921 (Facsimile)
                          RFM@HCA-law.com