## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Mark E. Beatty | : | Bankruptcy No. 16-23105 |
| | : | |
| Debtor | : | |
| _____ | : | |
| | : | Document No._____ |
| Indiana First Bank, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Mark E. Beatty, Rhonda | : | |
| J. Winnecour, Trustee, Elite Tow | : | |
| & Recovery, LLC | : | |
| Respondents. | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON INDIANA FIRST BANKS MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **April 3, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

A hearing will be held on **April 19, 2017** at **10:30 a.m**. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service of Notice: March 14, 2017
Date of Service of Motion: March 14, 2017

                                      Respectfully Submitted,

                                      **HOLSINGER, CLARK & ARMSTRONG, P.C.**

By:    /s/ Robert F. Manzi, Jr.
         Robert F. Manzi, Jr., Esquire
         Attorney for Indiana First Bank
         Pa. ID No. 206631
         832 Philadelphia St.
         Indiana, PA 15701
         724-463-8791
         RFM@hca-law.com