#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Mark E. Beatty | : | Bankruptcy No. 16-23105 |
| | : | |
| Debtor | : | |
| _____ | : | |
| | : | Document No._____ |
| Indiana First Bank, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Mark E. Beatty, Rhonda J. Winnecour, Trustee, Elite Tow & Recovery, LLC | : | |
| Respondents. | : | |

### CERTIFICATE OF SERVICE

I, Robert F. Manzi, Jr., Esquire, certify under penalty of perjury that I served the motion for relief of stay, proposed default order, proposed order after hearing, notice of appearance and Notice on the parties at the addresses below on March 17, 2017 via first class mail, United States Postal Service, postage prepaid.

Office of the U.S. Trustee
Suite 970
1001 Liberty Ave
Pittsburgh, PA 15222

        Respectfully Submitted,

By:   /s/ Robert F. Manzi, Jr._____
      Robert F. Manzi, Jr., Esquire
      Attorney for Indiana First Bank
      Pa. ID No. 206631
      832 Philadelphia St.
      Indiana, PA 15701
      724-463-8791
      RFM@hca-law.com