# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Mark E. Beatty | : | Bankruptcy No. 16-23105 |
| | : | |
| Debtor | : | |
| _____ | : | |
| | : | Document No._____ |
| Indiana First Bank, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Mark E. Beatty, Rhonda | : | |
| J. Winnecour, Trustee, Elite Tow | : | |
| & Recovery, LLC | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Robert F. Manzi, Jr., Esquire, certify under penalty of perjury that I served the

Certificate of No Objection on the parties at the addresses below on April 7, 2017 via

first class mail, United States Postal Service, postage prepaid.

Office of the U.S. Trustee
Suite 970
1001 Liberty Ave
Pittsburgh, PA 15222

                                      Respectfully Submitted,

By:   /s/ Robert F. Manzi, Jr._____
        Robert F. Manzi, Jr., Esquire
        Attorney for Indiana First Bank
        Pa. ID No. 206631
        832 Philadelphia St.
        Indiana, PA 15701
        724-463-8791
        RFM@hca-law.com