FILED
4/11/17 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Mark E. Beatty | : | Bankruptcy No. 16-23105 |
| Debtor | : | |
| | : | Document No. 47 |
| Indiana First Bank, | : | |
| Movant, | : | |
| vs. | : | |
| Mark E. Beatty, Rhonda J. Winnecour, Trustee, Elite Tow & Recovery, LLC | : | |
| Respondents. | : | |

## DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this, the \_\_\_11th\_\_\_ day of \_\_April_____, 2017, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's certification of service and certification of default, it is ORDERED that the above-captioned motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. §362 and Movant may proceed with civil litigation against debtor's property as set forth in the Motion and Elite Tow & Recovery, LLC is to release possession of the property to Movant.

Movant shall, within 5 days hereof, serve a copy of the within order on parties in interest and file a certificate of service.

Dated: 4/11/17

By: _____
GREGORY L. TADDONIO
United States Bankruptcy Judge

cm: Robert Manzi, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23105-GLT
Mark E. Beatty                                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Apr 11, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2017.
aty             +Robert F. Manzi, Jr.,    Holsinger, Clark & Armstrong, PC,   832 Philadelphia Street,
                 Indiana, PA 15701-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
          Julie Frazee Steidl    on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@Me.Com;cgoga@steidl-steinberg.com
          Kenneth Steidl    on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Hitachi Capital America Corp.
           pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com,
           sdorn@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7