# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Mark E. Beatty | : | Bankruptcy No. 16-23105 |
| | : | |
| Debtor | : | |
| _____ | : | |
| | : | Document No._____ |
| Indiana First Bank, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Mark E. Beatty, Rhonda J. Winnecour, Trustee, Elite Tow & Recovery, LLC | : | |
| | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Robert F. Manzi, Jr., Esquire, certify under penalty of perjury that I served the Default Order on Motion for Relief from Automatic Stay on the parties at the addresses below on April 17, 2017 via first class mail, United States Postal Service, postage prepaid.

Mark E. Beatty
171 Phillips Road
Clarksburg, PA 15725

Julie Frazee Steidl
707 Grant Street, Suite 2830
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant St.
Pittsburgh, PA 15219

Elite Tow & Recovery, LLC
720 Homecrest
Kennett, MO 63857

Office of the U.S. Trustee
Suite 970
1001 Liberty Ave
Pittsburgh, PA 15222

                                        Respectfully Submitted,

                                        **HOLSINGER, CLARK & ARMSTRONG, P.C.**

                 By:     /s/ Robert F. Manzi, Jr._____
                          Robert F. Manzi, Jr., Esquire
                          Attorney for Indiana First Bank
                          Pa. ID No. 206631
                          832 Philadelphia St.
                          Indiana, PA 15701
                          724-463-8791
                          RFM@hca-law.com