## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark E. Beatty | |
|                 Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, NA | |
|                 Movant | |
|     vs. | |
| Mark E. Beatty | NO. 16-23105 GLT |
|                 Debtor | |
| Ronda J. Winnecour, Trustee | |
|                 Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Plan by JPMorgan Chase Bank, NA, (Doc. No. 43) which was filed with the Court on or about January 23, 2017.

                                            Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            jwarmbrodt@kmllawgroup.com
                                            Attorney ID No. 42524
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            412-430-3594

June 28, 2017