THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

IN RE: MARK E BEATTY  : Chapter: 13
: Bankruptcy No: 16-23105

**WITHDRAWAL OF CLAIM**

eCAST Settlement Corporation, by and through its counsel, withdraws its Proof of Claim Number 4 filed on January 19, 2017, for account number 9058 and in the amount of $94.24.

Respectfully submitted,

By: /s/ Larry Butler
Larry Butler, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:    11/13/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

IN RE:  MARK E BEATTY           :   Chapter:   13
                                :   Bankruptcy No:   16-23105

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of November, 2018, a true and correct copy of the

Withdrawal of the Proof of Claim Number 4, filed by eCAST Settlement Corporation, SUCCESSOR to

Synchrony Bank, was served via US First Class Mail, postage pre-paid on the following parties:

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Larry Butler
Larry Butler, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Copy of the above served to the following:

JULIE FRAZEE STEIDL, A
STEIDL & STEINBERG
707 GRANT STREET
SUITE 2830, GULF BUILDING
Pittsburgh PA 15219-1932

RONDA J. WINNECOUR, T
600 Grant Street
Suite 3250
Pittsburgh PA 15219