**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 16-23105-GLT
### Chapter 13

In re: Debtor(s) (including Name and Address)

Mark E. Beatty
171 Phillips Road
Clarksburg PA 15725

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609

Name and Address of Transferee:

Capital One Bank (USA) N.A Cabelas Club Visa
By American Infosource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK  73118

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/17/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-23105-GLT
Mark E. Beatty                                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas            Page 1 of 1            Date Rcvd: Apr 15, 2019
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14357008          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2019 03:05:09
           WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
           Brian Thomas Langford   on behalf of Creditor   PSECU PitEcf@weltman.com,  PitEcf@weltman.com
           James  Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
           Julie Frazee Steidl   on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
           Kenneth  Steidl   on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
           Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft   on behalf of Creditor   Hitachi Capital America Corp.
           pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Robert F. Manzi, Jr.   on behalf of Creditor   Indiana First Bank rfm@hca-law.com
           Roger P. Poorman   on behalf of Creditor   First Commonwealth Bank rpoorman@lenderlaw.com,
           sdorn@lenderlaw.com
           Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9