IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Mark E. Beatty |
|---|---|
| CASE NO. | 16-23105 GLT |
| RELATED TO DOCUMENT NO. | Notice of Mortgage Payment Change: Claim 8 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**The Certificate of Service attached to the Notice of Mortgage Payment Change received by mail does not have a written signed signature of the filer. Also the date is not listed next to the filer's signed name on the Notice of Mortgage Payment Change.**

You must file the **Notice of Mortgage Payment Change with a date signed listed and the Certificate of Service** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change and Certificate of Service that is filed in response to this Notice.**

|  |  |
|---|---|
| _____August 12, 2019_____<br>Date | By: _____Lylenn Fox_____<br>Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 16-23105-GLT
Mark E. Beatty  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2  User: lfin  Page 1 of 1  Date Rcvd: Aug 12, 2019
    Form ID: pdf900  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
        +E-mail/Text: bankruptcynotices@psecu.com Aug 13 2019 03:23:14  PSECU,  c/o Jose Flores,  PO Box 67013,   Harrisburg, PA 17106-7013
14278633      +E-mail/Text: bankruptcynotices@psecu.com Aug 13 2019 03:23:14  PSECU,  P.O. Box 67013,   Harrisburg, PA 17106-7013
                                           TOTAL: 2

      ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
        Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
        Julie Frazee Steidl    on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Kenneth Steidl    on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Hitachi Capital America Corp. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Robert F. Manzi, Jr.    on behalf of Creditor    Indiana First Bank rfm@hca-law.com
        Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com, sdorn@lenderlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 9