Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Mark E. Beatty** | : | Case No. 16−23105−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 91 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/9/22 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 27th of December, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 91 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1) *On or before February 10, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2) This Motion is scheduled for hearing on *March 9, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

Case 16-23105-GLT    Doc 93    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                              Case No. 16-23105-GLT
Mark E. Beatty                                                                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                           User: jhel                                                       Page 1 of 3
Date Rcvd: Dec 27, 2021                              Form ID: 604                                      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark E. Beatty, 171 Phillips Road, Clarksburg, PA 15725-8101 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, PA 15222-1000 |
| 14278626 | | Discover Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14319059 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14362687 | + | Hitachi Capital America Corp., c/o Magnozzi & Kye, LLP, 23 Green Street, Suite 302, Huntington, NY 11743-3336 |
| 14278630 | | Hitachi Finance, 21925 Network Place, Chicago, IL 60673-1219 |
| 14278632 | + | Pennsylvania State Employees FCU, P.O. Box 1006, Harrisburg, PA 17108-1006 |
| 14791377 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcynotices@psecu.com | Dec 28 2021 02:41:00 | PSECU, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 14278624 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:30 | Cabela's Visa, c/o World's Foremost Bank, P.O. Box 82609, Lincoln, NE 68501-2609 |
| 14278625 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:30 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15032959 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 28 2021 02:39:45 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14278627 | | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:40:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850 |
| 14278628 | | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:40:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14307712 | | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14278629 | + | Email/Text: psnyder@fcbanking.com | Dec 28 2021 02:40:00 | First Commonwealth Bank, 22 N. Sixth Street, Indiana, PA 15701-1802 |
| 14278631 | + | Email/Text: yackuboskeya@indianafirst.com | Dec 28 2021 02:41:07 | Indiana First Bank, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| 14326895 | | Email/Text: bk.notifications@jpmchase.com | Dec 28 2021 02:40:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14325426 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14278633 | + | Email/Text: bankruptcynotices@psecu.com | Dec 28 2021 02:41:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14278634 | + | Email/Text: bk.notifications@jpmchase.com | Dec 28 2021 02:40:00 | Subaru Motor Finance, c/o Chase Auto Finance, |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 23 |

| 14351393 | + Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:39 | P.O. Box 901003, Fort Worth, TX 76101-2003<br>Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14357008 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:50 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Hitachi Capital America Corp. |
| cr |  | JPMORGAN CHASE BANK, NA |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Indiana First Bank, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NA bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor PSECU pitecf@weltman.com |
| Julie Frazee Steidl | on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com<br>leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Justin L. McCall | on behalf of Creditor First Commonwealth Bank jmccall@lenderlaw.com  justin-mccall@comcast.net |
| Kenneth Steidl | on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: jhel | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 23 |

Peter J. Ashcroft
    on behalf of Creditor Hitachi Capital America Corp. pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Robert F. Manzi, Jr.
    on behalf of Creditor Indiana First Bank rfm@hca-law.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10