**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARK E. BEATTY<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:16-23105<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/23/2016 and confirmed on 1/13/17. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,289.00 |
| Less Refunds to Debtor | 2.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,286.09 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,675.00 | |
| Trustee Fee | 1,815.80 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,490.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5278 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1609 | | | | |
| HITACHI CAPITAL AMERICA CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INDIANA FIRST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3512 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK E. BEATTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK E. BEATTY | 2.91 | 2.91 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,675.00 | 2,675.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA CABELAS C | 10,639.95 | 5,574.53 | 0.00 | 5,574.53 |
| Acct: 1961 | | | | |
| CAPITAL ONE BANK (USA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7695 | | | | |
| DISCOVER BANK(*) | 18,490.12 | 9,687.43 | 0.00 | 9,687.43 |
| Acct: 7888 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 19,622.12 | 10,280.52 | 0.00 | 10,280.52 |
| Acct: 1609 | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9058 | | | | |
| ECAST SETTLEMENT CORP | 806.01 | 422.29 | 0.00 | 422.29 |

16-23105                                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5660 | | | | |
|    HITACHI CAPITAL AMERICA CORP | 14,945.89 | 7,830.52 | 0.00 | 7,830.52 |
| Acct: | | | | |
|    MCGRATH MCCALL PC (FORMERLY R P F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9058 | | | | |
| | | | | 33,795.29 |

TOTAL PAID TO CREDITORS                                                                        33,795.29

TOTAL CLAIMED
PRIORITY            0.00
SECURED             0.00
UNSECURED      64,504.09


Date: 12/23/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARK E. BEATTY

        Debtor(s)

Ronda J. Winnecour
        Movant
   vs.
No Repondents.

Case No.:16-23105

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23105-GLT |
| Mark E. Beatty | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark E. Beatty, 171 Phillips Road, Clarksburg, PA 15725-8101 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, PA 15222-1000 |
| 14278626 | | Discover Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14319059 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14362687 | + | Hitachi Capital America Corp., c/o Magnozzi & Kye, LLP, 23 Green Street, Suite 302, Huntington, NY 11743-3336 |
| 14278630 | | Hitachi Finance, 21925 Network Place, Chicago, IL 60673-1219 |
| 14278632 | + | Pennsylvania State Employees FCU, P.O. Box 1006, Harrisburg, PA 17108-1006 |
| 14791377 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcynotices@psecu.com | Dec 28 2021 02:41:00 | PSECU, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 14278624 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:50 | Cabela's Visa, c/o World's Foremost Bank, P.O. Box 82609, Lincoln, NE 68501-2609 |
| 14278625 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:51 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15032959 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 28 2021 02:39:45 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14278627 | | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:40:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850 |
| 14278628 | | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:40:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14307712 | | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14278629 | + | Email/Text: psnyder@fcbanking.com | Dec 28 2021 02:40:00 | First Commonwealth Bank, 22 N. Sixth Street, Indiana, PA 15701-1802 |
| 14278631 | + | Email/Text: yackuboskeya@indianafirst.com | Dec 28 2021 02:41:07 | Indiana First Bank, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| 14326895 | | Email/Text: bk.notifications@jpmchase.com | Dec 28 2021 02:40:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14325426 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14278633 | + | Email/Text: bankruptcynotices@psecu.com | Dec 28 2021 02:41:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14278634 | + | Email/Text: bk.notifications@jpmchase.com | Dec 28 2021 02:40:00 | Subaru Motor Finance, c/o Chase Auto Finance, |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 23 |

| 14351393 | + Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| --- | --- | --- | --- |
| | | | P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 14357008 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:50 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hitachi Capital America Corp. |
| cr | | JPMORGAN CHASE BANK, NA |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Indiana First Bank, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NA bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor PSECU pitecf@weltman.com |
| Julie Frazee Steidl | on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Justin L. McCall | on behalf of Creditor First Commonwealth Bank jmccall@lenderlaw.com  justin-mccall@comcast.net |
| Kenneth Steidl | on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: jhel | Page 3 of 3
Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 23

Peter J. Ashcroft
    on behalf of Creditor Hitachi Capital America Corp. pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Robert F. Manzi, Jr.
    on behalf of Creditor Indiana First Bank rfm@hca-law.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10