| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark E. Beatty**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1609<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–23105–GLT | |

# Order of Discharge                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mark E. Beatty

   <u>2/11/22</u>                                                    **By the court:** <u>Gregory L. Taddonio</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark E. Beatty  
    Debtor

Case No. 16-23105-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 11, 2022      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark E. Beatty, 171 Phillips Road, Clarksburg, PA 15725-8101 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, PA 15222-1000 |
| 14278626 | | Discover Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14319059 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14362687 | + | Hitachi Capital America Corp., c/o Magnozzi & Kye, LLP, 23 Green Street, Suite 302, Huntington, NY 11743-3336 |
| 14278630 | | Hitachi Finance, 21925 Network Place, Chicago, IL 60673-1219 |
| 14278632 | + | Pennsylvania State Employees FCU, P.O. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bankruptcynotices@psecu.com | Feb 11 2022 23:09:00 | PSECU, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 14278624 | + | EDI: CAPITALONE.COM | Feb 12 2022 04:03:00 | Cabela's Visa, c/o World's Foremost Bank, P.O. Box 82609, Lincoln, NE 68501-2609 |
| 14278625 | | EDI: CAPITALONE.COM | Feb 12 2022 04:03:00 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15032959 | + | EDI: AIS.COM | Feb 12 2022 04:03:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14278627 | | EDI: DISCOVER.COM | Feb 12 2022 04:03:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850 |
| 14278628 | | EDI: DISCOVER.COM | Feb 12 2022 04:03:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14307712 | | EDI: DISCOVER.COM | Feb 12 2022 04:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14278629 | + | Email/Text: psnyder@fcbanking.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 11 2022 23:09:00 | First Commonwealth Bank, 22 N. Sixth Street, Indiana, PA 15701-1802 |
| 14278631 | + | Email/Text: yackuboskeya@indianafirst.com | Feb 11 2022 23:09:39 | Indiana First Bank, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| 14326895 | | EDI: JPMORGANCHASE | Feb 12 2022 04:03:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14278634 | | EDI: JPMORGANCHASE | Feb 12 2022 04:03:00 | Subaru Motor Finance, c/o Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101 |
| 14325426 | + | EDI: RECOVERYCORP.COM | Feb 12 2022 04:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14278633 | + | Email/Text: bankruptcynotices@psecu.com | Feb 11 2022 23:09:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14351393 | + | EDI: RMSC.COM | Feb 12 2022 04:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14357008 | | EDI: CAPITALONE.COM | Feb 12 2022 04:03:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14791377 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:50 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hitachi Capital America Corp. |
| cr | | JPMORGAN CHASE BANK, NA |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Indiana First Bank, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 25 |

Brian Nicholas
    on behalf of Creditor JPMORGAN CHASE BANK  NA bnicholas@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor PSECU pitecf@weltman.com

Julie Frazee Steidl
    on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com
    leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Justin L. McCall
    on behalf of Creditor First Commonwealth Bank jmccall@lenderlaw.com  justin-mccall@comcast.net

Kenneth Steidl
    on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Hitachi Capital America Corp. pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Robert F. Manzi, Jr.
    on behalf of Creditor Indiana First Bank rfm@hca-law.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10