**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MARK E. BEATTY

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-23105

Chapter 13

Related to Dkt. No. 91

FILED
2/11/22 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this 11th day of February 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

jah

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23105-GLT |
| Mark E. Beatty | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark E. Beatty, 171 Phillips Road, Clarksburg, PA 15725-8101 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Three Gateway Center, Suite 1375, 401 Liberty Avenue, Pittsburgh, PA 15222-1000 |
| 14278626 | | Discover Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14319059 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14362687 | + | Hitachi Capital America Corp., c/o Magnozzi & Kye, LLP, 23 Green Street, Suite 302, Huntington, NY 11743-3336 |
| 14278630 | | Hitachi Finance, 21925 Network Place, Chicago, IL 60673-1219 |
| 14278632 | + | Pennsylvania State Employees FCU, P.O. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcynotices@psecu.com | Feb 11 2022 23:09:00 | PSECU, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 14278624 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:33 | Cabela's Visa, c/o World's Foremost Bank, P.O. Box 82609, Lincoln, NE 68501-2609 |
| 14278625 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:33 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15032959 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2022 23:18:52 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14278627 | | Email/Text: mrdiscen@discover.com | Feb 11 2022 23:08:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850 |
| 14278628 | | Email/Text: mrdiscen@discover.com | Feb 11 2022 23:08:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14307712 | | Email/Text: mrdiscen@discover.com | Feb 11 2022 23:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14278629 | + | Email/Text: psnyder@fcbanking.com | Feb 11 2022 23:09:00 | First Commonwealth Bank, 22 N. Sixth Street, Indiana, PA 15701-1802 |
| 14278631 | + | Email/Text: yackuboskeya@indianafirst.com | Feb 11 2022 23:09:39 | Indiana First Bank, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| 14326895 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2022 23:18:33 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14278634 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2022 23:18:49 | Subaru Motor Finance, c/o Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101 |
| 14325426 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 11 2022 23:18:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14278633 | | Email/Text: bankruptcynotices@psecu.com | Feb 11 2022 23:09:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |

| 14351393 | + Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
|---|---|---|---|
| 14357008 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:50 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14791377 | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:42 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Hitachi Capital America Corp. |
| cr |  | JPMORGAN CHASE BANK, NA |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Indiana First Bank, 935 Philadelphia Street, Indiana, PA 15701-3938 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NA bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor PSECU pitecf@weltman.com |
| Julie Frazee Steidl | on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Justin L. McCall | on behalf of Creditor First Commonwealth Bank jmccall@lenderlaw.com  justin-mccall@comcast.net |
| Kenneth Steidl | on behalf of Debtor Mark E. Beatty julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 23 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Hitachi Capital America Corp. pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Robert F. Manzi, Jr.
    on behalf of Creditor Indiana First Bank rfm@hca-law.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10